IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY ROBINSON,

      Plaintiff,

vs.

NELNET SERVICING, LLC.

      Defendant.

CASE NO. 8:21-cv-01979-PWG

### ORDER

Upon consideration of the Stipulation of Dismissal as to Defendant Nelnet Servicing, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Nelnet Servicing, LLC having consented thereto, it is hereby

ORDERED that the action against Nelnet Servicing, LLC is dismissed, *without prejudice,* with each party to pay its own costs and fees.

IT IS SO ORDERED.

Date: January 11, 2022

/S/
The Honorable Paul W. Grimm
United States District Court

1